IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SOUTHERN PETROLEUM, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COLONIAL OIL INDUSTRIES, INC. ) <br> and COLONIAL GROUP, INC., ) <br> ) <br> Defendants. ) <br> ) | CASE NO. CV422-118 |

O R D E R

Before the Court is the parties' Stipulation of Voluntary Dismissal With Prejudice. (Doc. 33.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' request (Doc. 33) is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.[1]

SO ORDERED this ___9th___ day of June 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The parties' Report of Rule 26(f) Planning Meeting (Doc. 27) and first Stipulation of Voluntary Dismissal With Prejudice (Doc. 31) are also **DISMISSED AS MOOT**.